John J. Edmonds (State Bar No. 274200)
jedmonds@cepiplaw.com
COLLINS EDMONDS POGORZELSKI
SCHLATHER & TOWER, PLLC
1851 East First Street, Suite 900
Santa Ana, California 92705
Telephone: (951) 708-1237
Facsimile: (951) 824-7901

Attorney for Plaintiff,
**DIGITECH IMAGE TECHNOLOGIES, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC, <br><br> Plaintiff, <br> v. <br><br> PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA. <br><br> Defendants. | **CASE NO.** SACV12 - 01667 AG (JPRx) <br><br> **ORIGINAL COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,128,415** <br><br> **DEMAND FOR JURY TRIAL** <br><br> Complaint Filed: October 1, 2012 |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

This is an action for patent infringement in which DIGITECH IMAGE TECHNOLOGIES, LLC submits this Original Complaint against Defendant named herein, namely PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA (collectively "Defendant"), as follows:

- 1 -

## THE PARTIES

1. DIGITECH IMAGE TECHNOLOGIES, LLC ("DIGITECH" or "Plaintiff") is a California limited liability company with a place of business at 500 Newport Center Drive, Suite 700, Newport Beach, CA 92660.

2. On information and belief, PANASONIC CORPORATION is a foreign company with a place of business at Osaka, Japan and PANASONIC CORPORATION OF NORTH AMERICA is a Delaware corporation with a place of business at Seacaucus, NJ. Hereinafter, PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA are collectively referred to as "PANASONIC."

## JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to its substantial business in California, including related to the infringements alleged herein. Further, on information and belief, Defendant has, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-

suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

5. Venue is proper in this district under 28 U.S.C. §§ 1391(b), 1391(c) and 1400(b). Without limitation, on information and belief, Defendant is subject to personal jurisdiction in this district. On information and belief, the Defendant is subject to this Court's specific and/or general personal jurisdiction, pursuant to due process and/or the California Long Arm Statute, due at least to their substantial business in this district, including related to the infringements alleged herein. Further, on information and belief, Defendant is, within this forum, engaged in at least the selling of the accused products listed herein. In addition, Defendant induces infringement of the patent-in-suit by sellers and/or infringing users located in this forum. Further, on information and belief, Defendant has interactive websites which are used in and/or accessible in this forum. Further, on information and belief, Defendant regularly conducts and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from goods and services provided to persons and/or entities in California.

## COUNT I

## INFRINGEMENT OF U.S. PATENT NO. 6,128,415

6. United States Patent No. 6,128,415 ("the '415 patent"), entitled "DEVICE PROFILES FOR USE IN A DIGITAL IMAGE PROCESSING SYSTEM," issued on October 3, 2000.

7. DIGITECH is the present assignee of the entire right, title and interest in and to the '415 patent, including all rights to sue for past and present infringement. Accordingly, DIGITECH has standing to bring this lawsuit for infringement of the '415 patent.

8. The various claims of the '415 patent cover, *inter alia*, a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

9. On information and belief, PANASONIC has been and now is infringing the '415 patent by actions comprising making, using, importing, selling and/or offering to sell products comprising a device profile for describing properties of a device in a digital image reproduction system to capture, transform or render an

image, said device profile comprising: first data for describing a device dependent transformation of color information content of the image to a device independent color space; and second data for describing a device dependent transformation of spatial information content of the image in said device independent color space.

10. Moreover, on information and belief, PANASONIC has been and now is indirectly infringing by way of intentionally inducing infringement of the '415 patent in this judicial district, and elsewhere in the United States, including by aiding or abetting re-sellers, including but not limited to B&H, BEST BUY, BUY.COM, CDW, NEWEGG, OVERSTOCK and TARGET, to sell and/or offer for sale infringing products and/or customers and/or users to use infringing products. Upon information and belief, such induced infringement has occurred at least since this Defendant became aware of the '415 patent, at least through becoming aware of this Complaint.

11. Upon present information and belief, PANASONIC's infringing products comprise at least the following accused products: LUMIX DMC-TS4, LUMIX DMC-ZS20, LUMIX DMC-ZS19, LUMIX DMC-ZS15, LUMIX DMC-SZ7, LUMIX DMC-TS20, LUMIX DMC-SZ1, LUMIX DMC-FH8, LUMIX DMC-FH6, LUMIX DMC-S2, LUMIX DMC-3D1K, LUMIX LX5, LUMIX FZ150K, LUMIX FZ47, LUMIX ZS10, LUMIX GF5, LUMIX GX1, LUMIX GH2, LUMIX GF3, LUMIX G3 and LUMIX GF2.

12. PANASONIC is thus liable for infringement of the '415 patent pursuant to 35 U.S.C. § 271.

13. As a result of Defendant's infringing conduct, Defendant has damaged DIGITECH. Defendant is liable to DIGITECH in an amount that adequately compensates DIGITECH for their infringement, which, by law, can be no less than a reasonable royalty.

14. DIGITECH will take discovery relative to Defendant's pre-suit knowledge of the '415 patent at the appropriate time. Upon information and belief, Defendant's infringement of the '415 patent since receiving notice of the patent, at a minimum by virtue of this lawsuit, would necessarily be willful and objectively reckless at least due to the fact that the Defendant's infringement is clear and there is no known good faith basis to assert invalidity.

## **PRAYER FOR RELIEF**

WHEREFORE, DIGITECH respectfully requests that this Court enter:

1. A judgment in favor of DIGITECH that Defendant has infringed, directly and/or indirectly, the '415 patent;

2. A judgment that the Defendant's infringement is and/or has been willful and objectively reckless;

3. A permanent injunction enjoining Defendant, and its officers, directors, employees, agents, affiliates and all others acting in active concert therewith from infringing the '415 patent;

4. A judgment and order requiring Defendant to pay DIGITECH its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '415 patent as provided under 28 U.S.C. § 284;

5. An award to DIGITECH for enhanced damages as provided under 35 U.S.C. § 284;

6. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to DIGITECH its reasonable attorneys' fees;

7. Any and all other relief to which DIGITECH may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

| | |
|---|---|
| Dated: October 1, 2012 | Respectfully submitted,<br><br>COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC<br><br>_____<br><br>John J. Edmonds – LEAD COUNSEL<br>State Bar No. 274200<br><br>Attorney for Plaintiff<br>DIGITECH IMAGE TECHNOLOGIES, LLC |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC | PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| JOHN J. EDMONDS, COLLINS EDMONDS POGORZELSKI SCHLATHER & TOWER, PLLC, 1851 EAST FIRST STREET, SUITE 900, SANTA ANA, CA 92705, TELEPHONE: (951) 708-1237 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Patent Infringement 35 U.S.C. § 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

SACV12 - 01667 AG (JPRx)

FOR OFFICE USE ONLY:    Case Number _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☑ Yes
If yes, list case number(s): SACV12-01153 ODW(MRWx)

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☐ No ☑ Yes
If yes, list case number(s): 8:12-cv-001153-MLG; SEE ATTACHMENT

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☑ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| PLAINTIFF (ORANGE COUNTY) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | PANASONIC CORPORATION (JAPAN) |
| | PANASONIC CORPORATION OF NORTH AMERICA (NEW JERSEY) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 10-1-2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case?**

1. DIGITECH IMAGE TECHNOLOGIES v. ELECTRONIC FOR IMAGING, ET AL., (Case No. SACV 23-01324-JVS-RNB
2. DIGITECH IMAGE TECHNOLOGIES, LLC v. B&H FOTO & ELECTRONICS CORP. (Civil Action No. TBD)
3. DIGITECH IMAGE TECHNOLOGIES, LLC v. BEST BUY CO., INC.; BEST BUY STORES, LP; BESTBUY.COM, LLC (Civil Action No. TBD)
4. DIGITECH IMAGE TECHNOLOGIES, LLC v. BUY.COM INC. (Civil Action No. TBD)
5. DIGITECH IMAGE TECHNOLOGIES, LLC v. CANON INC.; CANON U.S.A., INC. (Civil Action No. TBD)
6. DIGITECH IMAGE TECHNOLOGIES, LLC v. CASIO COMPUTER CO., LTD.; CASIO AMERICA, INC. (Civil Action No. TBD)
7. DIGITECH IMAGE TECHNOLOGIES, LLC v. CDW LLC (Civil Action No. TBD)
8. DIGITECH IMAGE TECHNOLOGIES, LLC v. FUJIFILM CORPORATION; FUJIFILM HOLDINGS CORPORATION; FUJIFILM HOLDINGS AMERICA CORPORATION (Civil Action No. TBD)
9. DIGITECH IMAGE TECHNOLOGIES, LLC v. GENERAL IMAGING COMPANY (Civil Action No. TBD)
10. DIGITECH IMAGE TECHNOLOGIES, LLC v. VICTOR HASSELBLAD AB; HASSELBLAD USA INC. (Civil Action No. TBD)
11. DIGITECH IMAGE TECHNOLOGIES, LLC v. LEICA CAMERA AG; LEICA CAMERA INC. (Civil Action No. TBD)
12. DIGITECH IMAGE TECHNOLOGIES, LLC v. MAMIYA DIGITAL IMAGING CO., LTD.; LEAF IMAGING LTD. D/B/A MAMIYALEAF; MAMIYA AMERICA CORPORATION (Civil Action No. TBD)
13. DIGITECH IMAGE TECHNOLOGIES, LLC v. MICRO ELECTRONICS, INC. D/B/A MICRO CENTER (Civil Action No. TBD)
14. DIGITECH IMAGE TECHNOLOGIES, LLC v. NEWEGG, INC.; NEWEGG.COM, INC. (Civil Action No. TBD)
15. DIGITECH IMAGE TECHNOLOGIES, LLC v. NIKON CORPORATION; NIKON INC.; NIKON AMERICAS, INC. (Civil Action No. TBD)
16. DIGITECH IMAGE TECHNOLOGIES, LLC v. OLYMPUS CORPORATION; OLYMPUS IMAGING AMERICA INC. (Civil Action No. TBD)

17. DIGITECH IMAGE TECHNOLOGIES, LLC v. OVERSTOCK.COM, INC. (Civil Action No. TBD)
18. DIGITECH IMAGE TECHNOLOGIES, LLC v. PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA (Civil Action No. TBD)
19. DIGITECH IMAGE TECHNOLOGIES, LLC v. PENTAX RICOH IMAGING CO., LTD.; PENTAX RICOH IMAGING AMERICAS CORPORATION; RICOH COMPANY, LTD.; RICOH AMERICAS CORPORATION (Civil Action No. TBD)
20. DIGITECH IMAGE TECHNOLOGIES, LLC v. SAKAR INTERNATIONAL, INC. D/B/A VIVITAR (Civil Action No. TBD)
21. DIGITECH IMAGE TECHNOLOGIES, LLC v. SIGMA CORPORATION; SIGMA CORPORATION OF AMERICA (Civil Action No. TBD)
22. DIGITECH IMAGE TECHNOLOGIES, LLC v. SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC. (Civil Action No. TBD)
23. DIGITECH IMAGE TECHNOLOGIES, LLC v. TARGET CORPORATION (Civil Action No. TBD)

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC <br><br> PLAINTIFF(S) <br> V. <br> PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV12 - 01667 AG (JPRx)** <br><br><br> **SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _John J. Edmonds_____, whose address is _1851 East First Street, Suite 900, Santa Ana, California 92705_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: OCT -1 2012

Clerk, U.S. District Court

By: **DODJIE LAGMAN**
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)  SUMMONS

Name & Address:
JOHN J. EDMONDS (STATE BAR NO. 274200)
COLLINS, EDMONDS, POGORZELSKI,
SCHLATER & TOWER, PLLC
1851 EAST FIRST STREET, SUITE 900
SANTA ANA, CA 92705

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC<br><br>PLAINTIFF(S)<br>v.<br>PANASONIC CORPORATION and<br>PANASONIC CORPORATION OF<br>NORTH AMERICA<br><br>DEFENDANT(S). | SACV12 - 01667 AG (JPRx)<br><br><br>SUMMONS |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _John J. Edmonds_____, whose address is _1851 East First Street, Suite 900, Santa Ana, California 92705_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __OCT -1 2012__

Clerk, U.S. District Court

**DODJIE LAGMAN**

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*