JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>ELECTRONICS FOR IMAGING, ET AL.<br><br>    Defendants.<br>_____<br><br>DIGITECH IMAGE TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br>  v.<br><br>PANASONIC CORPORATION and PANASONIC CORPORATION OF NORTH AMERICA.<br><br>    Defendants. | Case No. 8:12-cv-01324-ODW (MRWx)<br>CONSOLIDATED<br><br><br><br><br><br><br><br><br>Case No. 8:12-cv-01667-ODW (MRWx)<br>CONSOLIDATED<br><br><br>Hon. Otis D. Wright, II<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANTS PANASONIC CORPORATION AND PANASONIC CORPORATION OF NORTH AMERICA  [34] |

On this day, Plaintiff Digitech Image Technologies, LLC ("Plaintiff") and Defendants and Counterclaim-Plaintiffs Panasonic Corporation and Panasonic Corporation of North America (collectively "Panasonic") announced to the Court that they have settled Plaintiff's claims for relief against Panasonic and Panasonic's counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Panasonic have therefore requested that the Court dismiss Plaintiff's claims for relief against Panasonic and Panasonic's counterclaims for relief against Plaintiff, with prejudice with all attorneys' fees, costs of court and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Panasonic and Panasonic's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS SO ORDERED**.

Dated: __7/26/2013__, 2013

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

1